FILED by KS D.C.

Jun 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60152-CR-RUIZ/STRAUSS**
CASE NO. _____

31 U.S.C. § 5332(a)
18 U.S.C. § 1001(a)(2)
31 U.S.C. § 5332(b)(2)

UNITED STATES OF AMERICA

v.

LISANDRO ANTONIO CADENAS,

                **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Bulk Cash Smuggling
### (31 U.S.C. § 5332(a))

On or about April 29, 2021, at Fort Lauderdale/Hollywood International Airport, in Broward County, in the Southern District of Florida, the defendant,

**LISANDRO ANTONIO CADENAS,**

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than ten thousand dollars ($10,000.00) in United States currency, that is, approximately twenty-nine thousand, six hundred and eleven dollars ($29,611.00) in United States currency, on his person, and in a conveyance, article of luggage, and other container, and did transport and attempt to transport such currency from

a place in the United States to place outside the United States, in violation of Title 31, United States Code, Section 5332(a) and Title 18, United States Code, Section 2.

## COUNT 2
## False Statement
## (18 U.S.C. § 1001(a)(2))

On or about May 12, 2021, at Fort Lauderdale/Hollywood International Airport, in Broward County, in the Southern District of Florida, in a matter within the jurisdiction of the Department of Homeland Security, United States Customs and Border Protection, an agency of the executive branch of the United States Government, the defendant,

**LISANDRO ANTONIO CADENAS,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant represented to a United States Customs and Border Protection Officer that he was transporting approximately three thousand dollars ($3,000.00) in United States currency, when in truth, and in fact, and as the defendant then and there well knew, he was transporting well in excess of three thousand dollars ($3,000.00) in United States currency, in violation of Title 18, United States Code, Section 1001(a)(2)(A).

## FORFEITURE ALLEGATIONS

1.   The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **LISANDRO ANTONIO CADENAS,** has an interest.

2.   Upon conviction of a violation of Title 31, United States Code, Section 5332, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in the offense, and any property traceable to such property, pursuant to Title 31, United States Code, Section 5332(b)(2),

3.	The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, approximately $29,611.00 in United States currency, seized from the defendant on or about May 12, 2021.

All pursuant to Title 31, United States Code, Section 5332(b)(2), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 31, United States Code, Section 5332(b)(3).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____ BROOKE LATTA
For DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LISANDRO ANTONIO CADENAS,

Defendant/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)    [ ] Yes   [✓] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**

4. This case will take **3.00** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-mj-6314-AOV**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **5/12/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
BROOKE LATTA
For DONALD F. CHASE, II
Assistant United States Attorney
Court ID No.     A5500077

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Lisandro A. Cadenas     **Case No:** _____

Count: 1

Bulk Cash Smuggling

31 U.S.C. § 5332(a)

*__Max. Penalty:__ Five (5) years' imprisonment

Count: 2

False Statement

18 U.S.C. § 1001(a) (2)

*__Max. Penalty:__ Five (5) years' imprisonment

Count:

*__Max. Penalty:__

Count:

*__Max. Penalty:__

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.